IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRED HAYWOOD                                                                                      PETITIONER
Reg. #99990-024

V.                               CASE NO. 2:17-cv-00015-JM-JTK

GENE BEASLEY, *Warden*
FCI – Forrest City                                                                                RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the Petitioner's motion, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

Judgment shall be entered accordingly. The Clerk is directed to seal Docket Nos. 11 and 12.

SO ORDERED this 11th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE